UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON JACKSON,

        Plaintiff,                  Case no. 07-15378
                                              HON. JOHN CORBETT O'MEARA

v.

BARBARA S. SAMPSON, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Pepe's Report and Recommendation, filed August 29, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss and/or Summary Judgment, filed May 27, 2008, is GRANTED and the complaint DISMISSED for failure to state a claim.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: September 18, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on September 18, 2008, by electronic and/or U.S. mail.

s/William Barkholz
Case Manager